# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEANNINE TATER, <br><br> Plaintiff, <br><br> v. <br><br> OANDA CORPORATION, et al., <br><br> Defendants. | CASE NO. C19-0158JLR <br><br> SHOW CAUSE MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart, U.S. District Judge:

It is ORDERED that the parties show cause by April 15, 2019, why this action should not be dismissed for failing to comply with Order requiring Status Report signed February 20, 2019, and due March 27, 2019. Absent a timely response to this Order, the

//

//

//

action SHALL BE DISMISSED without prejudice.

Filed and entered this 3rd day of April, 2019.

                        WILLIAM M. MCCOOL
                        Clerk of Court

                        s/ Ashleigh Drecktrah
                        Deputy Clerk