UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANNINE TATER, <br><br> Plaintiff, <br><br> v. <br><br> OANDA CORPORATION, et al., <br><br> Defendants. | CASE NO. C19-0158JLR <br><br> ORDER |

Before the court are the parties' responses to the court's April 3, 2019, order to show cause. (Defs. Resp. (Dkt. # 18); Pl. Resp. (Dkt. # 22); *see also* OSC (Dkt. # 17).) The court issued the show cause order because the parties failed to file a joint status report on March 27, 2019, as required by the court's February 20, 2019, order. (OSC at 1; *see also* 2/20/19 Order (Dkt. # 14) at 1.)

In response to the show cause order, Defendants Oanda Corporation and Oanda (Canada) Corporation ULC (collectively "Oanda") explain that they had agreed with Plaintiff Jeannine Tater to file a stipulated motion to extend the deadlines in the court's

February 20, 2019, order, but that Ms. Tater failed to sign Oanda's stipulated motion. (Defs. Resp. at 2; Collins Decl. (Dkt. # 20), ¶ 2, Ex. A ("Prop. Stip. Mot.").) The proposed stipulated motion seeks to alter the following deadlines: (1) extend the deadline for the Federal Rule of Civil Procedure 26(f) conference from March 6, 2019, to May 22, 2019; (2) extend the deadline for the Federal Rule of Civil Procedure 26(a)(1) initial disclosures from March 20, 2019, to June 5, 2019; (3) extend the deadline for filing a combined joint status report and discovery plan from March 27, 2019, to June 14, 2019. (*See* 2/20/19 Order at 1; Prop. Stip. Mot. at 7.) Oanda represents that it "remains prepared to either enter the stipulation, or participate with [Ms.] Tater in complying with the [February 20, 2019, order]." (Defs. Resp. at 3-4.) Oanda also states that it re-noted its pending motion to dismiss from March 15, 2019, to May 3, 2019. (*See id.* at 2; MTD (Dkt. # 10); Notice (Dkt. # 16).)

     In Ms. Tater's response to the show cause order, she explains that she asked Oanda to agree to a three-month extension for all case deadlines—both the court's deadlines outlined in its February 20, 2019, order, as well as the deadlines for responding to the pending motion to dismiss. (Pl. Resp. at 1.) Although the proposed stipulated motion provides a near three-month extension to the deadlines (*see* Prop. Stip. Mot. at 7), Oanda only agreed to extend the motion to dismiss response date by seven weeks (*see* Notice at 2). Ms. Tater now asserts that she needs an extension of all deadlines until "after the July 4th holidays" due to medical complications related to a recent surgery. (Pl. Resp. at 2-3.)

//

In light of Ms. Tater's *pro se* status, the court liberally construes her pleadings. *See McGuckin v. Smith*, 974 F.2d 1050, 1055 (9th Cir. 1992). Therefore, the court construes Ms. Tater's response to the show cause order as a motion for an extension of time pursuant to Federal Rule of Civil Procedure 6(b)(1). In particular, Ms. Tater requests that the court extend the motion to dismiss response deadline and the deadlines in the court's February 20, 2019, order, to after July 4, 2019. (*See* Pl. Resp. at 2-3.)

Oanda, however, has not had an opportunity to respond to this motion. Thus, the court ORDERS Oanda to file a response, if any, to Ms. Tater's motion for an extension of time no later than April 23, 2019, at 5:00 p.m. Oanda's response shall not exceed five pages. Ms. Tater may file a reply to Oanda's response no later than April 25, 2019, at 5:00 p.m. Ms. Tater's reply shall not exceed three pages.

Dated this 19th day of April, 2019.

JAMES L. ROBART
United States District Judge

ORDER - 3