UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANNINE TATER,<br><br>                Plaintiff,<br>    v.<br><br>OANDA CORPORATION, et al.,<br><br>                Defendants. | CASE NO. C19-0158JLR<br><br>ORDER DIRECTING RESPONSE |

Before the court is Plaintiff Jeannine Tater's motion requesting a continuance to respond to Defendants Oanda Corporation and Oanda (Canada) Corporation ULC's (collectively "Oanda") motion to dismiss. (*See* Mot. (Dkt. # 26).) Ms. Tater filed this motion on June 10, 2019, but did not specify a noting date. (*See generally id.*) In light of Ms. Tater's *pro se* status, the court liberally construes her motion as a motion for an extension of time pursuant to Federal Rule of Civil Procedure 6(b)(1). *See McGuckin v. Smith*, 974 F.2d 1050, 1055 (9th Cir. 1992).

//

The court therefore DIRECTS the Clerk to note Ms. Tater's motion for June 21, 2019. *See* Local Rules W.D. Wash. LCR 7(d)(2)(A) (explaining that motions for relief from a deadline shall be noted for consideration "no earlier than the second Friday after filing and service of the motion"). The court further ORDERS Oanda to file a response, if any, to Ms. Tater's motion no later than June 17, 2019. *See id.* LCR 7(d)(3) ("Any opposition papers shall be filed and served not later than the Monday before the noting date."). Oanda may, if it chooses, respond to Ms. Tater's present motion in its forthcoming motion to dismiss reply brief, which remains due no later than June 14, 2019. (*See* MTD (Dkt. # 10); 5/3/19 Order (Dkt. # 25) at 4 (re-noting Oanda's motion to dismiss to June 14, 2019).) Ms. Tater may file a reply to Oanda's response to her present motion no later than June 21, 2019. *See* Local Rules W.D. Wash. LCR 7(d)(3).

Dated this 11th day of June, 2019.

JAMES L. ROBART
United States District Judge